Rock Island Butter Company, Respondent, v. James Rowland, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur H. Jones, Respondent, v. National Surety Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Banque Continentale de Paris, Respondent, v. David Liebmann, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Ott, Jr., Respondent, v. Ferdinand Wesel, as Executor, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of the Estate of Frank F. Hodges, Deceased. Comptroller of the State of New York, Appellant; Emma F. Hodges, Respondent.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Fowler, S. (reported in 86 Misc. Rep. 367). Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Clarke, J., dissented.

Irene Percippe, Respondent, v. Elias Stewart Manee and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissented.

The People of the State of New York, Respondent, v. Carmine Licenziato, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James C. Bushby v. Lancelot M. Berkeley and Others.— Motion denied, Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Frederick A. Jones v. Standard Plunger Elevator Company.— Motion granted. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Lancelot M. Berkeley, an Attorney.— Referred to Hon. John J. Freedman, official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Axel Josephson, an Attorney.— Proceeding dismissed. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The German-American Coffee Company, Respondent, v. Clarence A. Diehl, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements, on the opinion of Page, J., at Special Term (reported in 86 Misc. Rep. 547), with leave to the defendant to withdraw the demurrer and to answer on payment of costs in this court and in the court below. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The German-American Coffee Company, Respondent, v. John O'Neil, Appellant. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements, on the opinion of Page, J., at Special Term, in *German-*

*American Coffee Co.* v. *Diehl, No. 2* (reported in 86 Misc. Rep. 547), with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.  Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.